# United States District Court
## Northern District of California

**FILED**

FEB 15 2011


RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| ALVARO HERNANDEZ VASQUEZ | USDC Case Number: CR-10-00799-001 JSW |
| | BOP Case Number: DCAN310CR000799-001 |
| | USM Number: 15084-111 |
| | Defendant's Attorney: Shawn Halbert |

### THE DEFENDANT:

[x] pleaded guilty to count(s): One of the of the Superseding Information.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. Section 1325(a) | Illegal Entry | June 10, 2010 | One |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[x] Count(s) One of the Indictment , Title 8, U.S.C. Section 1326 (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

1). The defendant shall pay a special assessment of $10.00.

2). The offense ended: April 6, 2010.

February 15, ~~2010~~ 2011
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Honorable Timothy J. Bommer, U. S. Magistrate Judge
Name & Title of Judicial Officer

2/15/11
Date

DEFENDANT:     ALVARO HERNANDEZ VASQUEZ          Judgment - Page 2 of 2
CASE NUMBER:   CR-10-00799-001 JSW

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  6 months .

[X]   The Court makes the following recommendations to the Bureau of Prisons:

**Offense Ended: April 6, 2010**

[x]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

  [ ] at ___ [] am [] pm on ___.
  [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2:00 pm on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

  Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                              By    _____
                                                    Deputy United States Marshal